United States Courts
Southern District of Texas
FILED

MAR 19 2020

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER V-18-145S(1) |
| JOSE J. SOTO | § § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on or about November 1, 2017 and continuing through December, 2018, the date of the indictment, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

JOSE J. SOTO,

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, that is:

1. 19,994 rounds of .223 caliber ammunition;
2. 10,236 rounds of 7.62 caliber ammunition;
3. 499 rounds of 50 caliber ammunition;
4. 100 AK-47 style firearms;
5. 101 AR-15 style firearms;
6. 2,200 AK-47/AR-15 high capacity magazines;
7. a Lewis Machine & Tool Co. (LMT), 40mm Grenade Launcher with obliterated serial number

contrary to the laws and regulations of the United States, to wit, Title 22, United States Code, Section 2778(b)(2) and Section 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to

exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States.

In violation of Title 18, United States Code, Sections 554 and 2.

COUNT TWO

Beginning on or about November 1, 2017 and continuing through December, 2018, the date of the indictment, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

JOSE J. SOTO,

did willfully, knowing, and unlawfully conspire with others known and unknown to the grand jury to commit offenses against the United States, to wit:

| ITEM # | DESCRIPTION |
|---|---|
| 1. | ROMARM, model WASR-10, 7.62 caliber rifle, bearing serial number A1-47085 |
| 2. | FN Herstal, model PS90, 5.7 caliber rifle, bearing serial number FN089749 |
| 3. | Spike's Tactical, model ST15 Crusader, multi caliber rifle, bearing serial number 055857 |
| 4. | Sig Sauer, model SIG M400, 5.56mm rifle, bearing serial number 20K007518 |
| 5. | Sig Sauer, model SIG 556, 5.56mm rifle, bearing serial number 556-0322 |
| 6. | Daniel Defense Inc., model M4 Carbine, multi caliber rifle, bearing serial number DDM4086755 |
| 7. | Norinco, model 320, 9mm rifle, bearing serial number MSA07314 |
| 8. | Zastava, model PAP M92 PV, 7.62 caliber handgun, bearing serial number M92PV072241 |
| 9. | Romarm/Cugir, model GP WASR 10/63, 7.62 caliber rifle, bearing serial number 1973EM0233 |
| 10. | Izhmash, model SAIGA-12, 12 gauge shotgun, bearing serial number H11403566 |

| | |
|---|---|
| 11. | 57 rounds, manufacturer unknown, 7.62 caliber ammunition |
| 12. | 2 "AK" style 7.62 caliber magazines |
| 13. | 30 rounds, Western Cartridge Co., 5.56mm ammunition |
| 14. | 1 "AR" style 5.56mm magazine |
| 15. | 9 "AR" style 5.56mm magazines |
| 16. | Beretta, model M9A3, 9mm handgun, bearing serial number B004743Z |
| 17. | 14 rounds, assorted manufacturer 9mm ammunition |
| 18. | Beretta, model M9A3 gun box with 2 magazines |
| 19. | Heckler and Koch (H&K), model VP9, 9mm handgun, bearing serial number 224-201820 |
| 20. | 13 rounds, assorted manufacturer, 9mm ammunition |
| 21. | H&K gun box with one magazine |
| 22. | Israel weapon Ind. (IWI), model Desert Eagle, .40 caliber handgun, bearing serial number 36330613 |
| 23. | IWI gun box with one magazine |
| 24. | Para USA Inc., model 1911 LTC, .45 caliber handgun, bearing serial number K001853 |
| 25. | Para USA Inc. gun box with one magazine |
| 26. | Colt, model MKIV, .45 caliber handgun, bearing serial number FA10842 |
| 27. | AA Arms Inc., model AP9, 9mm handgun, bearing serial number 032671 |
| 28. | Taurus, model PT738 TCP, .380 caliber handgun, bearing serial number 10107B |
| 29. | Beretta, model EL 950 BS, .25 caliber handgun, bearing serial number BR54728V |
| 30. | Browning, model Buckmark, .22 caliber handgun, bearing serial number 515MN28057 |
| 31. | Browning gun box with 2 magazines |
| 32. | Beretta, model U22 NEOS, .22 caliber handgun, bearing serial number R91662 |
| 33. | Beretta gun box with 3 magazines |
| 34. | Rock Island Armory Inc., model 1911A1, .45 caliber handgun, bearing serial number RIA1203749 |
| 35. | Rock Island Armory Inc. gun box |

| 36. | 1,000 rounds, unknown manufacturer, 7.62 caliber ammunition |
|---|---|
| 37. | 1,000 rounds, unknown manufacturer 7.62 caliber ammunition |
| 38. | 960 rounds, assorted/unknown manufacturer 5.56 caliber ammunition |
| 39. | 50 rounds, assorted manufacturer, .50 caliber ammunition |
| 40. | 671 rounds, assorted manufacturer, multiple caliber ammunition |
| 41. | Armalite, model AR50, .50 caliber rifle, bearing serial number 71383 |
| 42. | rifle case with parts for Armalite rifle |
| 43. | 296 rounds, assorted manufacturer, 7.62 caliber ammunition |
| 44. | 80 rounds, assorted manufacturer, multiple caliber ammunition |
| 45. | 192 rounds, assorted manufacturer, .223 caliber ammunition |
| 46. | 420 rounds, assorted manufacturer, 5.56 caliber ammunition |
| 47. | 680 rounds, assorted manufacturer, 7.62 caliber ammunition |
| 48. | 564 rounds, assorted manufacturer, multiple caliber ammunition |
| 49. | 480 rounds, assorted manufacturer, .40 caliber ammunition |
| 50. | 420 rounds, assorted manufacturer, 5.56 caliber ammunition |
| 51. | Barret 50 Caliber Rifle, Model 82A1 bearing serial number: 22119 |
| 52. | A LEWIS MACHINE & TOOL CO. (LMT), 40MM GRENADE LAUNCHER WITH OBLITERATED SERIAL NUMBER |
| 53. | Colt Model Commander Pistol bearing serial number: 9XE02375 |
| 54. | Taurus model PT111 G2 bearing serial number TIN48960 |
| 55. | Taurus model: PT111 G2 bearing serial number TKU86064 |
| 56. | Taurus model PT140 G2 bearing serial number SIW76316 |
| 57. | Stoeger model Couger 8040F bearing serial number: T6429-08-D023799 |
| 58. | Taurus model PT840F bearing serial number SJN82800 |
| 59. | Anderson Manufacturing model AM-15 bearing serial number: 15197639 |

to fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, object and article contrary to law and regulation of the United States, that is defense articles, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of 18 U.S.C. § 554;

## Methods of the Conspiracy

It was part of the conspiracy that GINA GIBEAUT-MORALES, JUAN JOSE GARCIA-CRUZ, and HECTOR HUGO OLIVAS acquired ammunition from JOSE J. SOTO and SAMUEL CARDENAS for delivery to persons known and unknown to the grand jury, knowing them to be exported to buyers in the United Mexican States.

## Overt Acts

In furtherance of the conspiracy and to accomplish its unlawful objectives, the following overt acts, among others, were committed in the Southern District of Texas:

1. On or about November 30, 2018, JOSE J. SOTO and SAMUEL CARDENAS placed ammunition in a storage unit on San Bernardo Avenue, Laredo, Texas.

2. On or about November 30, 2018, GINA GIBEAUT-MORALES received ammunition from a storage unit on San Bernardo Avenue, Laredo, Texas.

3. On or about November 30, 2018, JUAN JOSE GARCIA-CRUZ received ammunition from a storage unit on San Bernardo Avenue, Laredo, Texas.

4. On or about November 30, 2018, HECTOR HUGO OLIVAS acquired ammunition for delivery from a storage unit on San Bernardo Avenue, Laredo, Texas.

In violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 554(a).

## COUNT THREE

From on or about November 1, 2017 and continuing through December, 2018, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the Defendant,

JOSE J. SOTO,

aiding and abetting and assisting others, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in the shipping and transporting of firearms in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923 (a), and 924(a)(1)(D) and 2.

## COUNT FOUR

Between on or about November 1, 2018, and continuing through December, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE J. SOTO,

did willfully, fraudulently, and knowingly export and send from the United States, or attempt to export and send from the United States, any merchandise, article, or object, to wit: a Lewis Machine & Tool Co. (LMT), 40mm Grenade Launcher with obliterated serial number, contrary to Title 22, United States Code Sections, 2778(b)(2) and (c) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3, a law and regulation of the United States.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT FIVE

Between on or about November 1, 2018, and continuing through December, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE J. SOTO,

did knowingly possess a firearm, namely a Lewis Machine & Tool Co. (LMT), 40mm Grenade Launcher, as defined in Title 26, U.S. Code, Section 5845(a), to-wit: a Lewis Machine & Tool Co. (LMT), 40mm Grenade Launcher with obliterated serial number. This firearm was required to be registered and was not in fact registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of title 18, United States Code, Section 554, as alleged in Count One of the indictment and as a result of the commission of a violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, as alleged in Count Five of the Indictment notice is given that the defendant,

JOSE J. SOTO,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition used in commission of the offense, including, but not limited to:

| ITEM # | DESCRIPTION |
| --- | --- |
| 1. | ROMARM, model WASR-10, 7.62 caliber rifle, bearing serial number A1-47085 |
| 2. | FN Herstal, model PS90, 5.7 caliber rifle, bearing serial number FN089749 |
| 3. | Spike's Tactical, model ST15 Crusader, multi caliber rifle, bearing serial number 055857 |

7

| | |
|---|---|
| 4. | Sig Sauer, model SIG M400, 5.56mm rifle, bearing serial number 20K007518 |
| 5. | Sig Sauer, model SIG 556, 5.56mm rifle, bearing serial number 556-0322 |
| 6. | Daniel Defense Inc., model M4 Carbine, multi caliber rifle, bearing serial number DDM4086755 |
| 7. | Norinco, model 320, 9mm rifle, bearing serial number MSA07314 |
| 8. | Zastava, model PAP M92 PV, 7.62 caliber handgun, bearing serial number M92PV072241 |
| 9. | Romarm/Cugir, model GP WASR 10/63, 7.62 caliber rifle, bearing serial number 1973EM0233 |
| 10. | Izhmash, model SAIGA-12, 12 gauge shotgun, bearing serial number H11403566 |
| 11. | 57 rounds, manufacturer unknown, 7.62 caliber ammunition |
| 12. | 2 "AK" style 7.62 caliber magazines |
| 13. | 30 rounds, Western Cartridge Co., 5.56mm ammunition |
| 14. | 1 "AR" style 5.56mm magazine |
| 15. | 9 "AR" style 5.56mm magazines |
| 16. | Beretta, model M9A3, 9mm handgun, bearing serial number B004743Z |
| 17. | 14 rounds, assorted manufacturer 9mm ammunition |
| 18. | Beretta, model M9A3 gun box with 2 magazines |
| 19. | Heckler and Koch (H&K), model VP9, 9mm handgun, bearing serial number 224-201820 |
| 20. | 13 rounds, assorted manufacturer, 9mm ammunition |
| 21. | H&K gun box with one magazine |
| 22. | Israel weapon Ind. (IWI), model Desert Eagle, .40 caliber handgun, bearing serial number 36330613 |
| 23. | IWI gun box with one magazine |
| 24. | Para USA Inc., model 1911 LTC, .45 caliber handgun, bearing serial number K001853 |
| 25. | Para USA Inc. gun box with one magazine |
| 26. | Colt, model MKIV, .45 caliber handgun, bearing serial number FA10842 |
| 27. | AA Arms Inc., model AP9, 9mm handgun, bearing serial number 032671 |

| 28. | Taurus, model PT738 TCP, .380 caliber handgun, bearing serial number 10107B |
|---|---|
| 29. | Beretta, model EL 950 BS, .25 caliber handgun, bearing serial number BR54728V |
| 30. | Browning, model Buckmark, .22 caliber handgun, bearing serial number 515MN28057 |
| 31. | Browning gun box with 2 magazines |
| 32. | Beretta, model U22 NEOS, .22 caliber handgun, bearing serial number R91662 |
| 33. | Beretta gun box with 3 magazines |
| 34. | Rock Island Armory Inc., model 1911A1, .45 caliber handgun, bearing serial number RIA1203749 |
| 35. | Rock Island Armory Inc. gun box |
| 36. | 1,000 rounds, unknown manufacturer, 7.62 caliber ammunition |
| 37. | 1,000 rounds, unknown manufacturer 7.62 caliber ammunition |
| 38. | 960 rounds, assorted/unknown manufacturer 5.56 caliber ammunition |
| 39. | 50 rounds, assorted manufacturer, .50 caliber ammunition |
| 40. | 671 rounds, assorted manufacturer, multiple caliber ammunition |
| 41. | Armalite, model AR50, .50 caliber rifle, bearing serial number 71383 |
| 42. | rifle case with parts for Armalite rifle |
| 43. | 296 rounds, assorted manufacturer, 7.62 caliber ammunition |
| 44. | 80 rounds, assorted manufacturer, multiple caliber ammunition |
| 45. | 192 rounds, assorted manufacturer, .223 caliber ammunition |
| 46. | 420 rounds, assorted manufacturer, 5.56 caliber ammunition |
| 47. | 680 rounds, assorted manufacturer, 7.62 caliber ammunition |
| 48. | 564 rounds, assorted manufacturer, multiple caliber ammunition |
| 49. | 480 rounds, assorted manufacturer, .40 caliber ammunition |
| 50. | 420 rounds, assorted manufacturer, 5.56 caliber ammunition |
| 51. | Barret 50 Caliber Rifle, Model 82A1 bearing serial number: 22119 |
| 52. | A LEWIS MACHINE & TOOL CO. (LMT), 40MM GRENADE LAUNCHER WITH OBLITERATED SERIAL NUMBER |

| 53. | Colt Model Commander Pistol bearing serial number: 9XE02375 |
| --- | --- |
| 54. | Taurus model PT111 G2 bearing serial number TIN48960 |
| 55. | Taurus model: PT111 G2 bearing serial number TKU86064 |
| 56. | Taurus model PT140 G2 bearing serial number SIW76316 |
| 57. | Stoeger model Couger 8040F bearing serial number: T6429-08-D023799 |
| 58. | Taurus model PT840F bearing serial number SJN82800 |
| 59. | Anderson Manufacturing model AM-15 bearing serial number: 15197639 |
| 60. | 2012 GMC SIERRA Crew Cab VIN: 3GTPIUEA0CG305695 |
| 61. | 2016 GMC Yukon XL VIN: GKS1FKC2GR116889 |

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*

PATTI HUBERT BOOTH
Assistant United States Attorney