United States District Court
Southern District of Texas
**ENTERED**
August 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER V-18-145S(1) |
| | § | |
| JOSE J. SOTO | § | |

### PRELIMINARY ORDER OF FORFEITURE

Following the Defendant's conviction and based on the Defendant's plea agreement and the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction. It is ORDERED that:

| ITEM # | DESCRIPTION |
|---|---|
| 1. | ROMARM, model WASR-10, 7.62 caliber rifle, bearing serial number A1-47085 |
| 2. | FN Herstal, model PS90, 5.7 caliber rifle, bearing serial number FN089749 |
| 3. | Spike's Tactical, model ST15 Crusader, multi caliber rifle, bearing serial number 055857 |
| 4. | Sig Sauer, model SIG M400, 5.56mm rifle, bearing serial number 20K007518 |
| 5. | Sig Sauer, model SIG 556, 5.56mm rifle, bearing serial number 556-0322 |
| 6. | Daniel Defense Inc., model M4 Carbine, multi caliber rifle, bearing serial number DDM4086755 |
| 7. | Norinco, model 320, 9mm rifle, bearing serial number MSA07314 |
| 8. | Zastava, model PAP M92 PV, 7.62 caliber handgun, bearing serial number M92PV072241 |
| 9. | Romarm/Cugir, model GP WASR 10/63, 7.62 caliber rifle, bearing serial number 1973EM0233 |

| 10. | Izhmash, model SAIGA-12, 12 gauge shotgun, bearing serial number H11403566 |
|---|---|
| 11. | 57 rounds, manufacturer unknown, 7.62 caliber ammunition |
| 12. | 2 "AK" style 7.62 caliber magazines |
| 13. | 30 rounds, Western Cartridge Co., 5.56mm ammunition |
| 14. | 1 "AR" style 5.56mm magazine |
| 15. | 9 "AR" style 5.56mm magazines |
| 16. | Beretta, model M9A3, 9mm handgun, bearing serial number B004743Z |
| 17. | 14 rounds, assorted manufacturer 9mm ammunition |
| 18. | Beretta, model M9A3 gun box with 2 magazines |
| 19. | Heckler and Koch (H&K), model VP9, 9mm handgun, bearing serial number 224-201820 |
| 20. | 13 rounds, assorted manufacturer, 9mm ammunition |
| 21. | H&K gun box with one magazine |
| 22. | Israel weapon Ind. (IWI), model Desert Eagle, .40 caliber handgun, bearing serial number 36330613 |
| 23. | IWI gun box with one magazine |
| 24. | Para USA Inc., model 1911 LTC, .45 caliber handgun, bearing serial number K001853 |
| 25. | Para USA Inc. gun box with one magazine |
| 26. | Colt, model MKIV, .45 caliber handgun, bearing serial number FA10842 |
| 27. | AA Arms Inc., model AP9, 9mm handgun, bearing serial number 032671 |
| 28. | Taurus, model PT738 TCP, .380 caliber handgun, bearing serial number 10107B |
| 29. | Beretta, model EL 950 BS, .25 caliber handgun, bearing serial number BR54728V |
| 30. | Browning, model Buckmark, .22 caliber handgun, bearing serial number 515MN28057 |
| 31. | Browning gun box with 2 magazines |
| 32. | Beretta, model U22 NEOS, .22 caliber handgun, bearing serial number R91662 |
| 33. | Beretta gun box with 3 magazines |
| 34. | Rock Island Armory Inc., model 1911A1, .45 caliber handgun, bearing serial number RIA1203749 |
| 35. | Rock Island Armory Inc. gun box |

| | |
|---|---|
| 36. | 1,000 rounds, unknown manufacturer, 7.62 caliber ammunition |
| 37. | 1,000 rounds, unknown manufacturer 7.62 caliber ammunition |
| 38. | 960 rounds, assorted/unknown manufacturer 5.56 caliber ammunition |
| 39. | 50 rounds, assorted manufacturer, .50 caliber ammunition |
| 40. | 671 rounds, assorted manufacturer, multiple caliber ammunition |
| 41. | Armalite, model AR50, .50 caliber rifle, bearing serial number 71383 |
| 42. | rifle case with parts for Armalite rifle |
| 43. | 296 rounds, assorted manufacturer, 7.62 caliber ammunition |
| 44. | 80 rounds, assorted manufacturer, multiple caliber ammunition |
| 45. | 192 rounds, assorted manufacturer, .223 caliber ammunition |
| 46. | 420 rounds, assorted manufacturer, 5.56 caliber ammunition |
| 47. | 680 rounds, assorted manufacturer, 7.62 caliber ammunition |
| 48. | 564 rounds, assorted manufacturer, multiple caliber ammunition |
| 49. | 480 rounds, assorted manufacturer, .40 caliber ammunition |
| 50. | 420 rounds, assorted manufacturer, 5.56 caliber ammunition |
| 51. | Barret 50 Caliber Rifle, Model 82A1 bearing serial number: 22119 |
| 52. | A LEWIS MACHINE & TOOL CO. (LMT), 40MM GRENADE LAUNCHER WITH OBLITERATED SERIAL NUMBER |
| 53. | Colt Model Commander Pistol bearing serial number: 9XE02375 |
| 54. | Taurus model PT111 G2 bearing serial number TIN48960 |
| 55. | Taurus model: PT111 G2 bearing serial number TKU86064 |
| 56. | Taurus model PT140 G2 bearing serial number SIW76316 |
| 57. | Stoeger model Couger 8040F bearing serial number: T6429-08-D023799 |
| 58. | Taurus model PT840F bearing serial number SJN82800 |
| 59. | Anderson Manufacturing model AM-15 bearing serial number: 15197639 |

2.     the United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding;

3.     any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 515 Rusk, Houston, Texas 77002. A copy of the petition shall also be sent to E. Vincent Carroll, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas, 77002; and

4.     that pursuant to Rule 32.2(b)(4)(A), this Preliminary Order of Forfeiture shall become final immediately as to Defendant, and shall be made part of the Defendant's sentence and included in the judgment.

SIGNED on this the 5th day of August, 2020.

JOHN D. RAINEY
Senior United States District Judge