United States District Court
Southern District of Texas
**ENTERED**
November 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. V-19-145S(1) |
| JOSE J. SOTO | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture signed on August 5, 2020 (Doc. No. 246) is final as to the defendant MICHAEL DON THOMPSON and shall be made part of the defendant's sentence and included in the judgment.

Signed on this the 3rd day of November, 2020.

JOHN D. RAINEY
SENIOR UNITED STATES DISTRICT JUDGE